# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNATHAN JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CIV-23-00938-PRW |
| GRADY COUNTY LAW ENFORCEMENT CENTER, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on United States Magistrate Judge Suzanne Mitchell's Report and Recommendation (Dkt. 6). The Court observes that no party has objected to the Report and Recommendation within the prescribed time limit. The Court has also reviewed Magistrate Judge Mitchell's Report and Recommendation *de novo* and agrees with the reasoning and conclusions therein. The Court thus **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the complaint is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to state a claim upon which relief may be granted, and Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 1) is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 6th day of May 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE